IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

ABDULLAH AL-AMIN, )
)
    Plaintiff, )
v. ) Civil Action No. 3:11CV859–HEH
)
DR. HANCEROTH, *et al.*, )
)
    Defendants. )

## FINAL ORDER
### (Dismissing Civil Rights Action)

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Al-Amin's Motion for an Extension of Time (ECF No. 27) is GRANTED;
2. Al-Amin's Objections (ECF No. 29) are OVERRULED;
3. The conclusion of the Report and Recommendation is ACCEPTED and ADOPTED;
4. The action is DISMISSED WITH PREJUDICE; and,
5. The Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Should Al-Amin desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Al-Amin.

                                               /s/
                                        HENRY E. HUDSON
Date: Sept. 10, 2013          UNITED STATES DISTRICT JUDGE
Richmond, Virginia